

FILED

JUN – 2 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

James E. Hughes _____   3557221 _____

_____   _____

_____   _____

_____   _____

*(Enter above the full name of the plaintiff*   *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**   **CIVIL ACTION NO.** 3:20-cv-00374 _____
   *(Number to be assigned by Court)*

W. Jack Stevens, II, Esq _____

James Gabehart, Esq. _____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same
      facts involved in this action or otherwise relating to your imprisonment?

      Yes _____      No ⨯

1

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

_____

_____

        Defendants: _____

_____

_____

    2.    Court (if federal court, name the district; if state court, name the county);

_____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

_____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

II.     **Place of Present Confinement:** _Western Regional Jail_

    A.     Is there a prisoner grievance procedure in this institution?

            Yes _X_        No _____

    B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

            Yes _____        No _X_

    C.     If you answer is YES:

        1.     What steps did you take? _____

            _____

        2.     What was the result? _____

            _____

    D.     If your answer is NO, explain why not: _Does Not apply_

            _____

III.    **Parties**

    (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.     Name of Plaintiff: _James E. Hughes #3557221_

        Address: _One O'Hanlon Pl. B-Ville WV 25504_

    B.     Additional Plaintiff(s) and Address(es): _____

            _____

            _____

            _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: W. Jack Stevens, II, Esq

is employed as: assistant Prosecuting attorney

at Lincoln County Circuit Court

D.   Additional defendants: James Gabehart

Prosecuting Attorney

at Lincoln County Circuit Court

IV.   **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Mr. Stevens and Mr. Gabehart are using a binding plea to discriminate against individuals. This binding plea States, No Second Chances, but guarantees Probation. Upon a Violation/any Violation the Original Sentence is to be ~~re-im~~posed imposed. However, Mr. Stevens and Mr. Gabehart pick and choose who

**IV.    Statement of Claim (continued):**

gets a Second Chance and Who does not. I did not get a Second Chance, Thomas Napier, James Terry, Ali Taylor Grover Adams, Shane Sias- Just a few that did get a Second Chance. I feel like I have been discriminated against in this matter. Due to this, I have lost every thing. I have had a bed secured in Rehab 2 times Since Jan. 2020, olly to be denied By The defendants

(Continued)→

**V.    Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

I Would like the defendants to be held accountable for their Willing and Knowing discrimination. Pay for the Plaintiffs Rehabilitation of Choice. Also, add $65.00 a day Since Sept. 26, 2019 to Plaintiffs Spending account. Plaintiff, also asks that the defendants Pay any and all Court cost, filing fees ect....

5

## Statement of Claim (Cont.)

In the Other few Cases mentioned above Mr. Stevens/Gabehart Modified the binding plea and these people were all given another Chance. Home Confinement, Shockers, drug Court, ect...... I on the Other hand, have a drug Charge and an obvious drug problem, Cause I failed the all the Urine Screens Given to me. If said Binding Plea, is Modified for one then it should be Modified for all, Therefore the defendants have Knowingly and Willingly discriminated against Plaintiff

**V.     Relief (continued)):**

The Plaintiff Would also ask, that the
defendants Jackie Stevens and James Gebehart
also Pay pain and Soffering/Hardship and Punitive
damages in the amount of ($ 35,000) Thirty five
Thousand dollars

**VII.   Counsel**

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ___X___          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Jeff Bowen P.O. Box 1 West Hamlin, WV
25571 _____

If not, state your reasons: _____

_____

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ___X___

6

If so, state the lawyer's name and address:

_____

_____

Signed this ___19___ day of ___May_____, 20_20_.

_James Hughes_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/19/2020_____.
                          (Date)

_James Hughes_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

James Haynes #3337221
Western Regional Jail
One O'Hanlon Place
Barboursville, WV
        25504

This person is an inmate
at Western Regional Jail

Charleston P&DC 253
THU 28 MAY 2020 PM

Clerk, US District Court
845 Fifth Ave. Rm. 101

Huntington, WV
        25701