```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**JAMES E. HUGHES,**

      Plaintiff,

v.                            Civil Action No. 2:20-cv-00374

**W. JACK STEVENS, II, ESQ. et al.,**

      Defendants.

### MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on June 22, 2020; and the Magistrate Judge having recommended that the court dismiss the plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted, and that the court deny the plaintiff's Application to Proceed Without Prepayment of Fees and Costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed.

The Clerk is directed to transmit copies of this memorandum opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: July 27, 2020

John T. Copenhaver, Jr.
Senior United States District Judge